# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ANDREW THOMAS LEHET,**

    **Plaintiff,**

v.                                        **Case No.: 8:14-CV-1937-T-33EAJ**

**U.S. DEPARTMENT OF VETERANS AFFAIRS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Before the Court is Plaintiff Andrew Thomas Lehet's ("Plaintiff's") **Application for Forma Pauperis because Petitioners Indigent Does Not Have the Filings Fees for the Appeal Motion for an Application to Appeal from Denial "Order" of December 1, 2014** (Dkt. 20), which the court construes as a motion for leave to proceed in forma pauperis on appeal.[1]

The in forma pauperis statute, 28 U.S.C. § 1915 (hereinafter "§ 1915"), permits the court to authorize the "commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor" by an indigent person. A party permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization, unless the district court certifies that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(3); see also 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." Ghee v. Retailers Nat'l Bank, 271 F. App'x 858, 859 (11th Cir. 2008) (per

---

[1] The motion has been referred to the undersigned for disposition or a Report and Recommendation. (Dkt. 20) See 28 U.S.C. § 636(b); Local Rules 6.01(b) and (c), M.D. Fla.

curiam) (unpublished) (citation omitted). A claim is frivolous if it is "without arguable merit either in law or fact." Id. at 859-60 (citation and internal quotation marks omitted).

The undersigned recommended on August 25, 2014, that Plaintiff's first motion to proceed in forma pauperis be denied without prejudice as his complaint failed to establish the grounds for this Court's jurisdiction. (Dkt. 6) On September 12, 2014, the district judge adopted the report and recommendation and directed Plaintiff to file an amended complaint. (Dkt. 11)

Plaintiff filed an amended complaint and a second motion to proceed in forma pauperis. (Dkt. 12, 14) Because Plaintiff again failed to establish this Court's jurisdiction and to otherwise state a claim for relief, the undersigned recommended on October 30, 2014, that Plaintiff's motion to proceed in forma pauperis be denied and his amended complaint be dismissed for failure to state a claim. (Dkt. 15) On December 1, 2014, the district judge overruled Plaintiff's objections to the Report and Recommendation and dismissed Plaintiff's amended complaint. (Dkt. 19)

Plaintiff's appeal is frivolous as he fails to assert any legal or factual basis for concluding that the district court erred. (Dkt. 20) Plaintiff's motion focuses on his indigency, which is not in dispute, but does not invoke the Court's jurisdiction nor state a claim for relief. Therefore, Plaintiff's appeal is without arguable merit in law or fact and not taken in good faith.

Accordingly, and upon consideration, it is **RECOMMENDED** that:

(1)     Plaintiff's construed motion for leave to proceed in forma pauperis on appeal (Dkt. 20) be **DENIED**.

**Date: January 15, 2015**

_[signature]_
ELIZABETH A JENKINS
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies to:

Pro Se Plaintiff

District Judge